UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**FILED**
MAR - 8 2005
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

IN RE: )
)  BANKRUPTCY CASE NO.
NATIONAL PACKAGING SOLUTIONS )
GROUP, INC. )
)
  Debtor(s) )
)

### ORDER DISMISSING INVOLUNTARY CASE

This matter came on to be heard upon the Joint Motion to Dismiss Involuntary Case filed by National Packaging Solutions Group, Inc. (the "Debtor") and the Petitioning Creditors, PLM Holding, Ltd., George Post, and the Anne Geile Lumsden Revocable Trust, pursuant to Section 303(j) of the Bankruptcy Code, and it appearing that a settlement of creditor claims has been accomplished through a non-judicial Settlement Agreement, which settlement is conditioned upon the dismissal of this involuntary case, that the Debtor and the Petitioning Creditors have jointly requested the dismissal of the case, and that the dismissal of this bankruptcy case is in the best interest of the Debtor and the creditors, it is therefore

ORDERED that this involuntary case be dismissed, with all parties to bear their own costs, including, but not limited to attorneys' fees.

DATED: MAR - 8 2005

_____
United States Bankruptcy Judge

cc: Hunnickhouse + Wychu 3/8/05 Am

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0417-5          User: moell_an           Page 1 of 1               Date Rcvd: Mar 08, 2005
Case: 04-04617                Form ID: pdf001          Total Served: 3

The following entities were served by first class mail on Mar 10, 2005.
aty         N. Hunter Wyche, Jr.,   Smith Debnam,   PO Drawer 26268,   Raleigh, NC  27611-6268
aty        +Stephani W. Humrickhouse,   Nicholls & Crampton, P.A.,   P.O. Box 18237,   Raleigh, NC 27619-8237
smg        +Bankruptcy Administrator,   434 Fayetteville St. Mall, Ste. 620,   Raleigh, NC 27601-1888

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 10, 2005**                    Signature:    _Joseph Speetjens_